**No. 09-9982. Stewart Azell Cross, Petitioner v. Rick Thaler, Director,**

Texas Department of Criminal Justice, Correctional Institutions Division.

560 U.S. 955, 130 S. Ct. 3394, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4643, 

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 356 Fed. Appx. 724.